CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 28 2010

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DONALD WAYNE SHIPE, ) | |
| Petitioner, ) | Civil Action No. 7:09-cv-00454 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| TRACY RAY, WARDEN, ) | By: Samuel G. Wilson |
| Respondent. ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Shipe's motion to amend (Docket No. 14) is **GRANTED** and his petition shall be considered as amended; respondent's motion to dismiss (Docket No. 3) is **GRANTED**; and the above referenced 28 U.S.C. § 2254 petition is **DISMISSED** and this action is **STRICKEN** from the active docket of the court.

Further, finding that Shipe has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to petitioner and counsel for respondent.

**ENTER**: This 28th of September, 2010.

_____
United States District Judge