# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **DONALD WAYNE SHIPE,** ) | Civil Action No. 7:09-cv-00454 | |
| Petitioner, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| **TRACY S. RAY,** ) | By: Hon. Michael F. Urbanski | |
| Respondent. ) | United States District Judge | |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Shipe's second motion for reconsideration is **DENIED**.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

Entered: October 27, 2015

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge